IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LASHUNDRA BRADLEY, Individually and as
Special Administrator of the Estate of Anthony
Corey Bradley, Deceased                                                                                               PLAINTIFF

v.                                          Case No. 4:21-cv-4046

MILLER COUNTY, ARKANSAS, *et al.*                                                                         DEFENDANTS

**ORDER**

Before the Court is the parties' Joint Motion to Dismiss. ECF No. 48. The parties state that all claims have been resolved and request that this matter be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant motion. However, this order issues for the purpose of maintaining the Court's docket.

The parties' Joint Motion to Dismiss (ECF No. 48) is hereby **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 2nd day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge